Jason C. Ross (State Bar No. 252635)
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendant WALMART, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DAVIS, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>WALMART, INC., a corporate entity form unknown; and DOES 1-50, inclusive,,<br><br>      Defendants. | Case No. 20-CV-0511-JLS (AGS)<br><br>**RESPONSE TO NOTICE OF DISCLOSURE OF CONFLICT**<br><br>Trial Date:      None Set |

     Defendant WALMART INC. ("Defendant") submits this response to the Court's August 3, 2021 Notice of Disclosure of Conflict.

     This case was fully and finally matter resolved at an Early Neutral Evaluation before the magistrate, before any substantive proceedings occurred before Judge Sammartino. In Defendant's estimation, no further action need be taken on this matter, which is closed and dismissed.

DATED: September 1, 2021     WOOD, SMITH, HENNING & BERMAN LLP

By: _____
          JASON C. ROSS
     Attorneys for Defendant WALMART, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

## PROOF OF SERVICE

**Donna Davis v. Walmart, Inc.**
**Case No. Case No. 20-cv-0511JLS (AGS)**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On September 1, 2021, I served the following document(s) described as **RESPONSE TO NOTICE OF DISCLOSURE OF CONFLICT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2021, at San Diego, California.

*/s/ Maryellen A. Stumbaugh*
Maryellen A. Stumbaugh

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

**SERVICE LIST**
**Donna Davis v. Walmart, Inc.**
**Case No. Case No. 20-cv-0511JLS (AGS)**

Jihad M. Smaili, Esq.
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 W. Santa Ana Blvd., Suite 202
Santa Ana, CA 92701
T: (714) 547-4700/F: (714) 547-4710
jihad@smaililaw.com
**Attorneys for Plaintiff DONNA**
**DAVIS**